IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COURTNEY EALY, Y13490 | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 23-cv-1033-DWD |
| vs. | ) |
| | ) |
| DEE DEE BROOKHART, ET AL., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**DUGAN, District Judge:**

On August 16, 2023, the Court determined that Plaintiff's Amended Complaint was insufficient to state a claim and did not comply with earlier Court orders. (Doc. (Doc. 13). The Court invited Plaintiff to file a second amended complaint. Instead of filing an amended pleading, Plaintiff moved for recruited counsel. (Doc. 21). The Court denied the Motion, but gave Plaintiff an extension until November 6, 2023, to file a second amended pleading. (Doc. 22).

The deadline to amend has come and gone, and the Court has not received any further correspondence from Plaintiff. For the reasons explained in the April 21, 2023 Order on Plaintiff's original complaint, and in the August 16, 2023 Order on his Amended Complaint, the Court finds that Plaintiff has failed to state a valid claim under any potential legal theory against the named Defendants. Plaintiff has also failed to comply with Court orders in the preparation of his Amended Complaint, and by failing to file a Second Amended Complaint. Thus, this case is dismissed under 28 U.S.C. § 1915A for

failure to state a claim, and for failure to prosecute.  The Clerk of Court is **DIRECTED** to enter judgment consistent with this Order and to close this case.

    **IT IS SO ORDERED.**

    Dated: November 22, 2023

***/s/ David W. Dugan***
DAVID W. DUGAN
United States District Judge
